Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Jeremiah Alton

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH ALTON,<br><br>              Plaintiff,<br><br>       v.<br><br>EQUIFAX, INC., et al.,<br><br>              Defendants. | Case No.: 5:17-cv-05414-BLF<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT BANK OF AMERICA, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Jeremiah Alton and defendant Bank of America, N.A., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The Parties believe the settlement will be finalized within sixty (60) days and will request dismissal of Bank of America, N.A. from this action upon finalization.

                                                                                            **Sagaria Law, P.C.**

Dated:   November 8, 2017            By:      /s/ *Elliot Gale*
                                                                       Elliot Gale
                                                                       Attorneys for Plaintiff

//

**McGuire Woods, LLP**

Dated: November 8, 2017      By:   /s/ *Anthony Q. Le*
                                    Anthony Q. Le
                                    Attorneys for Defendant
                                    Bank of America, N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Anthony Q. Le has concurred in this filing.

*/s/ Elliot Gale*