SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 200
Roseville, CA 95661
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff
Jeremiah Alton

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JEREMIAH ALTON, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT ONE BANK, N.A..; et. al., <br><br><br><br> Defendants. | Case No.: 5:17-CV-05414-BLF <br><br> NOTICE OF SETTLEMENT WITH DEFENDANT CREDIT ONE BANK, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Jeremiah Alton and defendant Credit One Bank, N.A., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal within 30 days once the settlement is finalized.

Dated:   December 19, 2017

**Sagaria Law, P.C.**

/s/ *Elliot Gale*
Elliot Gale
Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1