Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Jeremiah Alton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| JEREMIAH ALTON<br><br>       Plaintiff,<br><br>   vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>       Defendants. | Federal Case No.: 5:17-cv-05414-BLF<br><br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Jeremiah Alton and defendant Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

1   DATED:  June 1, 2018                    Sagaria Law, P.C.

2                                            By:  _____/s/ Elliot W. Gale_____
3                                                        Elliot W. Gale
                                             Attorneys for Plaintiff
4                                            Jeremiah Alton

5
    DATED:  June 1, 2018                    Nokes & Quinn
6

7

8                                            By:  _____/s/ Thomas P. Quinn, Jr._____
                                                        Thomas P. Quinn, Jr.
9                                            Attorneys for Defendant
10                                           Equifax, Inc.

11
    I, Elliot Gale, am the ECF user whose identification and password are being used to file this
12
    Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.
13
    _/s/ Elliot Gale_
14

15
                              **[PROPOSED] ORDER**
16
            Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each
17
    party shall bear its own attorneys' fees and costs.
18
            IT IS SO ORDERED.
19

20
    DATED:_____        _____
21                                             BETH L. FREEMAN
22                                             UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28