1  Scott Sagaria (State Bar No.217981)
   sjsagaria@sagarialaw.com
2  Elliot Gale (State Bar No. 263326)
   egale@sagarialaw.com
3  Joe Angelo (State Bar No. 268542)
   jangelo@sagarialaw.com
4  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste. 200
5  Roseville, California 95661
   Telephone: (408) 279-2288
6  Facsimile: (408) 279-2299

7  Attorneys for Plaintiff
   Jeremiah Alton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| JEREMIAH ALTON, | Federal Case No.: 5:17-cv-05414-BLF |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |
| EQUIFAX, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Jeremiah Alton and defendant Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

1
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER

DATED: June 1, 2018          Sagaria Law, P.C.

                             By:    /s/ Elliot W. Gale
                                    Elliot W. Gale
                             Attorneys for Plaintiff
                             Jeremiah Alton


DATED: June 1, 2018          Nokes & Quinn


                             By:    /s/ Thomas P. Quinn, Jr.
                                    Thomas P. Quinn, Jr.
                             Attorneys for Defendant
                             Equifax, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

*/s/ Elliot Gale*

## **[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: _____                     _____
                                            BETH L. FREEMAN
                                            UNITED STATES DISTRICT JUDGE